Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

JS-6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIM O'NEAL DISTRIBUTING, INC., a California corporation, and O'NEAL EUROPE GMBH & CO. KG f/k/a 2WHEEL-DISTRIBUTION GMBH & CO. KG, a German limited liability company,<br><br>Defendants. | Civil Action No. 5:14-cv-01327-JGB (SPx)<br><br>**CONSENT JUDGMENT**<br><br>**Hon. Jesus G. Bernal** |

Brad Jefferson Landon (SBN 176,128)
brad@bluejeanlawyer.com
BRAD JEFFERSON LANDON, APC
43218 Business Park Drive, Suite 108
Temecula, CA 92590
Phone: (951) 677-7774
Facsimile: (951) 824-7566

James E. Doroshow (SBN 112920)
jdoroshow@foxrothschild.com
Ashe Puri (SBN 297814)
apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone: 310-598-4150

Attorneys for Defendants
JIM O'NEAL DISTRIBUTING, INC.
And O'NEAL EUROPE GMBH & CO. KG

Plaintiff Monster Energy Company ("MEC") and Defendants Jim O'Neal Distributing Inc. and O'Neal Europe GmbH & Co. KG f/k/a 2Wheel-Distribution GmbH & Co. KG (collectively, "O'Neal") consent and agree to the terms and conditions of this Final Consent Judgment and Permanent Injunction.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1116 and 1121(a) and pursuant to 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and (c).

2. MEC is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 1 Monster Way, Corona, California 92879.

3. Defendant Jim O'Neal Distributing Inc. ("O'Neal USA") is a corporation organized and existing under the laws of the State of California, having a principal place of business at 5401 Tech Circle, Moorpark, California 93021.

4. Defendant O'Neal Europe GmbH & Co. KG ("O' Neal Europe") is a German limited liability company having a principal place of business at Erich-Blum-Str. 33, D-71665 Vaihingen/Enz, Germany.

5. MEC owns the following valid and enforceable United States Trademark Registrations for marks that incorporate its ® mark ("Claw Icon Mark"), and also has common law rights therein.

| Registration Number | Mark |
|---|---|
| 2,903,214 | [Monster claw logo] |
| 3,434,821 | [Monster claw logo] |
| 3,434,822 | [Monster claw logo] |
| 3,963,668 | [Monster claw logo] |
| 3,963,669 | [Monster claw logo] |
| 4,011,301 | [Monster claw logo] |
| 4,051,650 | [Monster claw logo] |
| 4,332,062 | [Monster claw logo with MONSTER ENERGY text] |
| 3,134,841 | [Monster claw logo with MONSTER ENERGY text] |

| Registration Number | Mark |
|---|---|
| 3,908,600 | MONSTER ENERGY |
| 3,908,601 | MONSTER ENERGY |
| 3,914,828 | MONSTER ENERGY |
| 3,923,683 | MONSTER ENERGY |

6. MEC owns the following valid and enforceable United States Trademark Registrations for marks that incorporate the MONSTER™ or MONSTER ENERGY® marks, and all common law rights therein: U.S. Trademark Registrations Nos. 3,044,315 (MONSTER ENERGY), 3,044,314 (M MONSTER ENERGY), 3,057,061 (MONSTER ENERGY), 3,134,842 (M MONSTER ENERGY), 4,036,680 (MONSTER ENERGY), 4,036,681 (MONSTER ENERGY), 4,111,964 (MONSTER REHAB), 4,111,964 (MONSTER REHAB), 4,129,288 (MONSTER REHAB), 4,269,880 (MONSTER CUBA-LIMA), 4,376,796 (MUSCLE MONSTER), 4,451,535 (MUSCLE MONSTER), 4,532,292 (MONSTER ENERGY ULTRA RED), and 4,534,414 (MONSTER ENERGY ULTRA BLUE).

1  7. The trademarks identified in Paragraphs 5 and 6 are collectively
2  hereinafter referred to as "MEC's Marks."
3  8. MEC is the owner of valid and enforceable trade dress in the
4  overall appearance of the packaging design shown below ("the MONSTER
5  trade dress"), which includes the elements of a black or black and gray
6  background, a clawed letter "M", a bright contrasting accent color, the word
7  "MONSTER" in a white, stylized font, and includes an overall aggressive, edgy
8  theme.



9. MEC owns the following valid and enforceable United States Copyright Registrations for works that feature the Claw Icon Mark: Registration No. VA 1-789-900 registered on October 11, 2011, Registration No. VA 1-727-577 registered on August 2, 2010, Registration No. VA 1-749-215 registered on November 1, 2010, and Registration No. VA 1-737-654 registered on September 3, 2010 (collectively, "MEC's Copyrighted Works").

10. Without permission or consent from MEC, O'Neal Europe has marketed and sold items, including, but not limited to, helmets, gloves, pants, jerseys, hats, t-shirts, and sweatshirts, bearing and displaying unauthorized copies of MEC's Marks, the MONSTER Trade Dress and/or MEC's Copyrighted Works. Representative examples of such unauthorized items are shown below.






**NOW, THEREFORE, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, AS FOLLOWED:**

    A.    Final judgment is entered in favor of MEC and against O'Neal Europe on MEC's claims for: 1) trademark infringement under 15 U.S.C. § 1114, 2) trademark counterfeiting under 15 U.S.C. § 1114, 3) federal dilution under 15 U.S.C. § 1125(c), 4) false designation of origin and trademark infringement under 15 U.S.C. § 1125(a), 5) copyright infringement under

17 U.S.C. § 501 *et seq.*, 6) unfair competition under California Business and Professions Code § 17200 *et seq.*, and 7) breach of the Settlement Agreement dated July 17, 2009, entered into between MEC and O'Neal USA.

      B.    O'Neal USA and O'Neal Europe, and their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, who receive actual notice of this injunction by personal service or otherwise, are permanently restrained and enjoined from:

        i.    Using MEC's Marks, or any marks that are confusingly or substantially similar thereto, in connection with manufacturing, distributing, shipping, importing, displaying, advertising, marketing, promoting (including, but not limited to, advertising, marketing or promoting on the internet or through social media), transferring, selling, or offering to sell any of O'Neal's products;

        ii.    Using the MONSTER Trade Dress, or any trade dresses that are confusingly or substantially similar thereto, in connection with manufacturing, distributing, shipping, importing, displaying, advertising, marketing, promoting (including, but not limited to, advertising, marketing or promoting on the internet or through social media), transferring, selling, or offering to sell any of O'Neal's products;

        iii.    Using MEC's Copyrighted Works in connection with manufacturing, distributing, shipping, importing, displaying, advertising, marketing, promoting (including, but not limited to, advertising, marketing or promoting on the internet or through social media), transferring, selling, or offering to sell of any of O'Neal's products;

        iv.    Using any marks that are likely to dilute the distinctive quality of MEC's Marks;

        v.    Otherwise competing unfairly with MEC; and

        vi.    From further breaching the Settlement Agreement dated July 17, 2009, entered into between MEC and O'Neal USA.

C.    Within fourteen (14) days after entry of this Final Consent Judgment and Permanent Injunction, O'Neal Europe shall deliver to counsel for MEC for destruction, without charge to MEC, all remaining inventory of products that bear or display MEC's Marks, the MONSTER Trade Dress, or MEC's Copyrighted Works.

D.    O'Neal Europe shall serve on MEC within thirty (30) days after the date of this Order, a report, in writing, under oath, setting forth in detail the manner and form in which it has complied with this injunction.

E.    Judgment is entered in favor of MEC and against O'Neal Europe for $1,300,000.

F.    This Court shall retain jurisdiction over this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment and Permanent Injunction.

G.    The parties agree to submit to the personal jurisdiction of this Court and to venue in this Court in connection with this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment and Permanent Injunction.

///
///
///
///
///
///

H. This is a final judgment. Any other remaining claims and defenses, to the extent not otherwise addressed above by this Consent Judgment, are hereby dismissed.

**IT IS SO ORDERED.**

Dated: January 14, 2016

Hon. Jesus G. Bernal
United States District Judge

-8-

APPROVED AS TO FORM:

                                        KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 14, 2016    By: */s/ Matthew S. Bellinger*
                                       Lynda J. Zadra-Symes
                                       Matthew S. Bellinger

                                       Attorneys for Plaintiff
                                       MONSTER ENERGY COMPANY


                                       BRAD JEFFERSON LANDON, APC

Dated: January 14, 2016    By: */s/ Brad Jefferson Landon (with permission)*
                                         Brad Jefferson Landon

                                       Attorneys for Defendants
                                       JIM O'NEAL DISTRIBUTING, INC. and
                                       O'NEAL EUROPE GMBH & CO. KG